IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAWN RENEE ADAMS, | ) | Case No. 18-20796-13-rdb |
| Debtor, | ) | |
| | ) | |
| DAWN RENEE ADAMS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary Case No. 21-06022 |
| U.S. DEPARTMENT OF EDUCATION And EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | ) | |
| Defendants. | ) | |

**ANSWER OF DEFENDANT U.S. DEPARTMENT OF EDUCATION TO COMPLAINT FOR ORDER DECLARING THAT DEBTOR'S STUDENT LOANS SHOULD BE DISCHARGED BASED ON UNDUE HARDSHIP PURSUANT TO § 523(A)(8)**

COMES NOW Defendant U.S. Department of Education ("USDOE") by and through Duston J. Slinkard, United States Attorney for the District of Kansas, and Steven W. Brookreson, II, Assistant United States Attorney, and for its Answer to Plaintiff's Complaint, states and alleges as follows:

1. Any and all allegations contained in the Complaint which are not specifically admitted are hereby denied.

2. Defendant USDOE admits the allegations contained in paragraphs 1, and 5.

3. Paragraphs 2 and 3 quote Plaintiff's Chapter 13 Plan, which speaks for itself and requires no response.

4. Defendant USDOE denies paragraph 4 that it filed its proof of claim on November 14, 2019 but admits filing a proof of claim in the amount of $52,701.35 on May 7, 2018, and

further states that $52,701.35 no longer accurately reflects Plaintiff's indebtedness due to the debt's accruing interest.

5. Defendant USDOE denies Plaintiff's allegations in paragraph 6 because Defendant USDOE does not have sufficient knowledge or information to form a belief about the truth of the allegation. Defendant USDOE will conduct discovery to ascertain the truth of the matters asserted, and states that even if Plaintiff's factual averments regarding income, family size, efforts to pay, and indebtedness prove true, an income-driven repayment plan that factors in Plaintiff's current adjusted gross income and family size may be tailored such that the plan would not be an undue hardship.

WHEREFORE, Defendant United States prays that:

a. Plaintiff's complaint be dismissed with prejudice, or in the alternative, judgment be granted for the answering Defendant USDOE.

b. The Court award the answering Defendant USDOE the costs of this matter; and

c. The Court grant such other and further relief as it may deem just and proper.

Submitted by:

DUSTON J. SLINKARD
United States Attorney
District of Kansas


/s/ Steven W. Brookreson, II
STEVEN W. BROOKRESON, II
Assistant United States Attorney
Ks. S.Ct. No. 28101
500 State Avenue
Suite 360
Kansas City, KS 66101-2433
PH: 913-551-6730
FX: 913-551-6541
Email: steven.brookreson@usdoj.gov
Attorneys for the United States of America

3

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2022, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have registered with CM/ECF for this case, including the following:

William H. Griffin, Chapter 13 Trustee

N. Larry Bork, Attorney for Educational Credit Management Corporation

Colin N. Gotham, Attorney for Debtor Adams.

I further certify that on this date the foregoing document and the notice of electronic filing were served via the U.S. mail upon the following non-CM/ECF participants:

None.

s/Steven W. Brookreson, II<br>
STEVEN W. BROOKRESON, II<br>
Assistant United States Attorney

4

Case 21-06022    Doc# 27    Filed 02/02/22    Page 4 of 4